***The Anthony P. Kearns Law Group, PC***
54 Old Highway 22, Suite 251
PO Box 5288
Clinton, NJ 08809

Anthony P. Kearns III, Esq. #026671998
Edward J. Hesketh, Esq. #014072004

Admitted in NJ, NY and AZ
Email: info@apkearnslawgroup.com

Tel. 908.243.0800
Fax 908.450.1409

May 18, 2021

**Via ECF FILING**
Hon. John M. Vazquez, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street #4015
Newark, NJ 07102

Re: Grushack v. New Jersey Dep't of Corrections, et al.
Civil Action No. 2:21-cv-00623

Dear Judge Vazquez:

This law firm represents Plaintiff James Grushack in the above-captioned matter. Defendants filed three Motions to Dismiss made returnable on June 7, 2021. Plaintiff's opposition is currently due on May 24, 2021.

With the consent of Defendants' Counsel, Plaintiff requests an extension to file an omnibus opposition to the pending motions on or before July 2, 2021. The Parties further consent to resetting the deadline for Defendants' reply brief to July 16, 2021.

Please contact this office should you have any questions or comments. Thank you for your cooperation and courtesies herein, I remain…

Very truly yours,

*/s/ Edward J. Hesketh*
Edward J. Hesketh, Esq.

CC: Michael R. Sarno, Esq. (via ECF and Email)
Peter Sosinski, Esq. (via ECF and Email)
Niccole Sandora, Esq. (via ECF and Email)