*The Anthony P. Kearns Law Group, PC*
54 Old Highway 22, Suite 251
PO Box 5288
Clinton, NJ 08809

Anthony P. Kearns III, Esq.  #026671998
Edward J. Hesketh, Esq.      #014072004

| | |
|---|---|
| Admitted in NJ, NY and AZ | Tel. 908.243.0800 |
| Email: info@apkearnslawgroup.com | Fax 908.450.1409 |

June 28, 2021

**<u>Via ECF FILING</u>**
Hon. John M. Vazquez, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street #4015
Newark, NJ 07102

      Re:  Grushack v. New Jersey Dep't of Corrections, et al.
      Civil Action No. 2:21-cv-00623

Dear Judge Vazquez:

 This law firm represents Plaintiff James Grushack in the above-captioned matter. Defendants filed three Motions to Dismiss originally made returnable on June 7, 2021. The motion deadlines were reset, allowing Plaintiff to file an omnibus opposition on or before July 2, 2021, and Defendants to file a reply brief on or before July 16, 2021.

 With the consent of Defendants' Counsel, Plaintiff requests an extension to file an omnibus opposition to the pending motions on or before July 16, 2021. The Parties further consent to resetting the deadline for Defendants' reply brief to July 30, 2021.

 Please contact this office should you have any questions or comments. Thank you for your cooperation and courtesies herein, I remain…

        Very truly yours,

        __/s/ Edward J. Hesketh____
        Edward J. Hesketh, Esq.


CC: Michael R. Sarno, Esq. (via ECF and Email)
    Peter Sosinski, Esq. (via ECF and Email)

Niccole Sandora, Esq. (via ECF and Email)