*The Anthony P. Kearns Law Group, PC*
54 Old Highway 22, Suite 251
PO Box 5288
Clinton, NJ 08809

Anthony P. Kearns III, Esq.  #026671998
Edward J. Hesketh, Esq.     #014072004

Admitted in NJ, NY and AZ                                       Tel. 908.243.0800
Email: info@apkearnslawgroup.com                                Fax 908.450.1409


October 8, 2021

**<u>Via ECF FILING</u>**
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street #4015
Newark, NJ 07102

                        Re:  Grushack v. New Jersey Dep't of Corrections, et al.
                               Civil Action No. 2:21-cv-00623

Dear Judge Hammer:

      As Your Honor may be aware, this law firm represents Plaintiff James Grushack in the above-captioned matter. Please accept this Joint Status Report on behalf of the parties:

1. Defendants' Motions to Dismiss were decided on September 30, 2021. The parties have yet to conduct discovery, pending a Rule 16 conference. Plaintiff served Rule 26 Disclosures on October 4, 2021.

2. One defendant remains unserved, James Slaughter. Defendant's address has been confirmed by skip trace and request for change of address with the Postmaster, yet it appears a different family lives there.

3. The parties consent to Plaintiff amending the Complaint to name Marcus O. Hicks as defendant in his personal capacity. The appropriate Consent Order will be uploaded to the docket.

4. Defendants will file responsive pleadings within 30 days of filing of the Amended Complaint.

      Please contact this office should you have any questions or comments. Thank you for your cooperation and courtesies herein, I remain…

                Very truly yours,

                */s/ Edward J. Hesketh*
                Edward J. Hesketh, Esq.

CC:    Michael R. Sarno, Esq. (via ECF and Email)
        Peter Sosinski, Esq. (via ECF and Email)
        Niccole Sandora, Esq. (via ECF and Email)