UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| James Grushack,<br><br>    Plaintiff,<br><br>v.<br><br>New Jersey Department of Corrections, Marcus O. Hicks, in his official capacity as Commissioner of the NJ Department of Corrections, New Jersey Department of Human Services, Carole Johnson, in her official capacity as Commissioner of the NJ Department of Human Services, New Jersey Department of Health, Judith M. Persichilli, in her official capacity as Commissioner of the NJ Department of Health, Merrill Main, Marc Sims, George Robinson, James Slaughter, Ken Rozov, Shantay Adams, Dr. Doreen Stanzione, Therapist Doe 1-2, John Doe Corrections Officers 1-3, John Doe 1-10, and State Agency 1-10,<br><br>    Defendants. | Index No.: 2:21-cv-00623-JMV-MF<br><br>Civil Action: Violation of Civil Rights<br><br>**STIPULATION ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT OUT OF TIME** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that Plaintiff may file an Amended Complaint out of time to include Marcus O. Hicks as a defendant in his personal capacity.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned attorneys for the parties that Plaintiff's Amended Complaint must be filed within seven (7) days from the date this stipulation is signed by the Court.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned attorneys for the parties that Defendants' must file responsive pleadings to the Amended Complaint within 30 days of its filing.

Dated: October 15, 2021  /s/ Edward J. Hesketh
Edward J. Hesketh, Esq.
Attorneys for Plaintiff

Dated: October 15, 2021  /s/ Niccole Sandora
Niccole Sandora, DAG
Attorneys for Defendants

Dated: October 15, 2021  /s/ Michael Sarno
Michael Sarno, DAG
Attorneys for Defendants

Dated: October 15, 2021  /s/ Peter Sosinski
Peter Sosinski, DAG
Attorneys for Defendants

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 10/18/21

SO ORDERED:

_____
Hon. Michael A. Hammer, U.S.M.J.