MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants, N.J. Dept. of Human Services; N.J. Dept. of Health; Dr. Doreen Stanzione; Shantay Adams; Judith M. Persichilli  ("DOH and DHS Defendants")

By:  Michael R. Sarno
     Deputy Attorney General
     609-376-3200
     Michael.Sarno@law.njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES GRUSHACK,<br><br>  Plaintiff,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | CIVIL ACTION NO.: 21-cv-623-JMV-MAH<br><br>**CONSENT ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF, JAMES GRUSHACK, A RESIDENT AT THE SPECIAL TREATMENT UNIT IN AVENEL, NEW JERSEY** |

This matter having been opened to the Court by Matthew J. Platkin, Acting Attorney General of New Jersey, and Michael R. Sarno, Deputy Attorney General, appearing on behalf of the DOH and DHS Defendants for a Consent Order requesting leave of this Court to depose Plaintiff, James Grushack, who is a resident confined at the Adult Diagnostic & Treatment Center, Special Treatment Unit, 8 Production Way,

1

Avenel, New Jersey 07001 ("STU"), and the parties having conferred and consented to the following,

  IT IS on this _____ day of _____, 2022,

  **ORDERED** that the deposition of Plaintiff, James Grushack, who is presently a resident confined at the STU, be taken on **June 1, 2022**, or at such other date and time to be agreed upon by the parties' counsel and the STU Administration; and the aforesaid deposition will start at 10 a.m. and be conducted via a remote application (i.e. Zoom, Teams, etc.), and the STU Administration will be given at least three (3) days' notice of the aforesaid deposition in order to assist Plaintiff with appearing and having the proper technological access; and it is further

  **ORDERED** that Hamill Patel, Esq., attorney for Plaintiff; Michael R. Sarno, DAG, attorney for the DOH and DHS Defendants; Niccole L. Sandora, DAG, attorney for Defendants, N.J. Dep't of Corrections and Marcus O. Hicks; Peter Sosinski, DAG, attorney for Defendant, Ken Rozov; and a court reporter from J.H. Beuhrer & Associates, 884 Breezy Oaks Drive, Toms River, N.J., shall be permitted to attend the deposition remotely and have it transcribed and/or recorded; and it is further

  **ORDERED** that the STU Administration shall arrange for either an in-person or remote preparation meeting between Plaintiff and his attorney so that counsel may properly prepare Plaintiff for the deposition. The preparation meeting shall be scheduled to take place two to five days prior to the date of Plaintiff's deposition and shall be scheduled for 2-3 hours in length; and it is further

**ORDERED** that nothing in this order shall be construed to compel Plaintiff to provide testimony or otherwise participate in such deposition at this time. This Order only directs the STU Administration to permit a deposition involving the above-named individuals and to take any and all reasonable measures to permit Plaintiff to voluntarily appear for the deposition, including, but not limited to, giving him notice of the date and time of the deposition, giving him the opportunity to meet with counsel to prepare for the deposition, and making available the proper technological access for Plaintiff to participate in both the preparation session and deposition. Any request to compel Plaintiff's deposition would be made, if necessary, in a separate application.

**IT IS SO ORDERED.**

_____
Hon. Michael A. Hammer, U.S.M.J.

Date: _____

The following consent to the form and entry of the within order.

By: /s/ *Edward J. Hesketh*
    Edward J. Hesketh, Esq.
    Attorney for Plaintiff

By: /s/ *Niccole L. Sandora*
    Niccole L. Sandora, DAG
    Attorney for Defendants, N.J. Dep't of Corrections and Marcus O. Hicks

By: /s/ *Michael R. Sarno*
   Michael R. Sarno, DAG
   Attorney for DOH and DHS Defendants

By: /s/ *Peter Sosinski*
   Peter Sosinski, DAG
   Attorney for Defendant, Ken Rozov

Date: