# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAMES GRUSHACK,**<br><br>                Plaintiff,<br><br>    v.<br><br>**NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,**<br><br>                Defendants. | **Civil Action No. 21-623 (JMV)(MAH)**<br><br><br>**AMENDED SCHEDULING ORDER** |

    **THIS MATTER** having come before the Court for a telephone conference on June 14, 2022; and for good cause shown:

    **IT IS on this 14th day of June 2022,**

    **ORDERED THAT:**

    1.    Fact discovery shall remain open through **September 30, 2022.** No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

    2.    Depositions of fact witnesses and individuals who will give lay opinion testimony based on particular competence in an area (including but not limited to treating physicians) are to be completed by **September 30, 2022.** No objections to questions posed at depositions shall be made other than as to lack of foundation, form or privilege. See Fed. R. Civ. P. 32(d)(3)(A). No instruction not to answer shall be given unless a privilege is implicated.

    3.    There shall be a telephone conference before the Undersigned on **September 13, 2022, at 3:30 p.m.** Counsel shall join the call by dialing **1-888-684-8852 and entering access code 1456817#.**

    4.    All affirmative expert reports shall be delivered by **October 31, 2022.** Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

    5.    All responding expert reports shall be delivered by **December 31, 2022.** Any such report shall be in the form and content as described above.

    6.    Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **January 31, 2023.**

                                                       *s/ Michael A. Hammer*
                                                          **Hon. Michael A. Hammer**
                                                          **United States Magistrate Judge**