MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, NJ 08625
*Attorney for Defendants State of New Jersey Department of Corrections and Marcus Hicks*

By:   Marvin L. Freeman
      Deputy Attorney General
      (609) 376-2440
      marvin.freeman@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| JAMES GRUSHACK, | Hon. Evelyn Padin, U.S.D.J. |
| | Hon. Michael A. Hammer, U.S.M.J. |
| Plaintiff, | |
| | Docket No. 2:21-cv-0623 |
| v. | |
| | **SUBSTITUTION OF ATTORNEY** |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL., | |
| | Electronically Filed |
| Defendants. | |

TO:   CLERK OF THE COURT

Edward J. Hesketh
Law Office of Edward J. Hesketh, LLC
54 Old Highway 22 – Suite 251
Clinton, NJ 08809
*Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that Marvin L. Freeman, Deputy Attorney General**,** is hereby substituted as counsel for for Defendants State of New Jersey

Department of Corrections and Marcus Hicks, thereby terminating the appearance of Dana Lynn Paolillo.

**PLEASE TAKE FURTHER NOTICE** that all future court notices should be directed to Marvin L. Freeman, Deputy Attorney General, and all court notices and correspondence should be addressed to him as follows:

> Marvin L. Freeman, DAG
> Office of the Attorney General
> R.J. Hughes Justice Complex
> 25 Market Street
> P.O. Box 112
> Trenton, New Jersey 08625
> marvin.freeman@law.njoag.gov

| **Withdrawing Attorney** | **Substituting Attorney** |
|---|---|
| s/Dana Lynn Paolillo<br>Dana Lynn Paolillo<br>Deputy Attorney General | /s/ Marvin L. Freeman<br>Marvin L. Freeman<br>Deputy Attorney General |

DATED:  May 2, 2024