MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, NJ 08625
*Attorney for Defendants State of New Jersey Department of Corrections and Marcus Hicks*

By:  Marvin L. Freeman
     Deputy Attorney General
     (609) 376-2440
     marvin.freeman@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| JAMES GRUSHACK, | Hon. Evelyn Padin, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J. |
| Plaintiff, | Docket No. 2:21-cv-0623 |
| v. | **CERTIFICATION OF SERVICE** |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL., | Electronically Filed |
| Defendants. | |

TO:  CLERK OF THE COURT

Edward J. Hesketh
Law Office of Edward J. Hesketh, LLC
54 Old Highway 22 – Suite 251
Clinton, NJ 08809
*Attorney for Plaintiff*

I hereby certify that on this date, **May 2, 2024**, the enclosed Substitute of Attorney and this Certificate of Service were filed electronically with this Court via the CM/ECF (Pacer) system, causing copies to be served upon all counsel of record.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Marvin L. Freeman
      Marvin L. Freeman
      Deputy Attorney General