MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants, NJ Dept. of Human Services, NJ Dept. of Health, Dr. Doreen Stanzione, Shantay Adams, Judith M. Persichilli, Carole Johnson and Merrill Main

By:   Michael R. Sarno

Deputy Attorney General
609-376-3200
Michael.Sarno@law.njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| JAMES GRUSHACK,<br><br>    Plaintiff,<br><br>v.<br><br>NEW JERSEY DEPT. OF CORRECTIONS, et al.,<br><br>    Defendants. | CIVIL ACTION NO.:<br>2:21-cv-623-EP-MAH<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE IN FAVOR OF DEFENDANTS, NJ DEPT. OF HUMAN SERVICES AND CAROLE JOHNSON ONLY** |
|---|---|

This matter having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that Plaintiff's Complaint and all claims against Defendants, the New Jersey Department of Human Services and Carole Johnson, are voluntarily dismissed **without** prejudice and without costs to any of the parties.

SO ORDERED.

___s/Evelyn Padin___
Evelyn Padin, U.S.D.J.

Date: 7/18/2024

MATTHEW J. PLATKIN
**ATTORNEY GENERAL OF NEW JERSEY**

/s/ Edward J. Hesketh
Edward J. Hesketh, Esq.
Attorney for Plaintiff

/s/ Michael R. Sarno
Michael R. Sarno
Deputy Attorney General
Attorney for Defendants,
NJ Dept. of Human Services and Carole Johnson

Date: July 16, 2024

Date: July 16, 2024