UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| James Grushack, *Plaintiff*, v. New Jersey Department of Corrections; Marcus O. Hicks, in his official capacity as Commissioner of the NJ Department of Corrections; New Jersey Department of Human Services; Carole Johnson, in her official capacity as Commissioner of the NJ Department of Human Services; New Jersey Department of Health; Judith M. Persichilli, , in her official capacity as Commissioner of the NJ Department of Health; Merrill Main; Marc Sims; George Robinson; James Slaughter; Ken Rozov; Shantay Adams; Dr. Dooreen Stanzione; Therapist Doe 1-2; John Doe Corrections Officers 1-3; John Doe 1-10 and State Agency 1-10, *Defendants*. | Action No.: 2:21-cv-00623<br><br>**PROPOSED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court in response to an electronic order dated July 30, 2024, and for good cause shown:

**IT IS** on this _____ day of _____, 2024, ORDERED THAT:

1. **Defendants' Motions for Summary Judgment**. Defendants' Motions for Summary Judgment shall be due **September 27, 2024**. All fact witness depositions must be completed by the close of fact discovery. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. **Plaintiff's Opposition.** Plaintiff's Opposition to Defendants' Motions for Summary Judgment shall be due **October 28, 2024**.

3. **Defendants' Replies**. Defendants' Replies in Support of Motions for Summary Judgment shall be due **November 27, 2024**

4. **Settlement Conference**. The parties will advise the Court by joint letter whether renewed settlement efforts are requested by **October 1, 2024**.

_____
Hon. Michael A. Hammer, U.SM.J.